**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **MARY ANN ROE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 10-CV-2195 JWL/DJW |
| | ) |
| **REGENCY CREDIT, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**COMPLAINT**

NOW COMES the Plaintiff, MARY ANN ROE, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her complaint against the Defendant, REGENCY CREDIT, LLC, Plaintiff states as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III. PARTIES

4. MARY ANN ROE, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Lawrence, County of Douglas, State of Kansas.

5. REGENCY CREDIT, LLC, (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Kansas. Defendant is incorporated in the State of Massachusetts.

6. In its dealings with Plaintiff, Defendant held itself out as being a company collecting a debt allegedly owed by Plaintiff.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

## IV.  ALLEGATIONS

9. On or about January 20, 2010, Plaintiff received a telephone call from a duly authorized representative of Defendant.

10. The debt allegedly owed by Plaintiff was incurred primarily for personal, family, or household services.

11. In or around January 2010 and February 2010, and on multiple occasions, Defendant initiated multiple calls to Plaintiff in a single day.

12. In or around January 2010 and February 2010, and on multiple occasions, Defendant initiated approximately four (4) calls to Plaintiff in a single day.

13. On or about February 10, 2010, during the course of a telephone call between Defendant and Plaintiff, Defendant began yelling at Plaintiff and used exceptionally profane and offensive language.

14. In its attempts to collect the debt allegedly owed by Plaintiff, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

   a. Engaged in conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt in violation of 15 U.S.C. §1692d;

   b. Used obscene or profane language or language the natural consequence of which is to abuse the hearer or reader in violation of 15 U.S.C. §1692d(2);

   c. Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse or harass any person at the called number in violation of 15 U.S.C. §1692d(5);

   d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

15. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

## V.     JURY DEMAND & TRIAL LOCATION

16. Plaintiff hereby demands a trial by jury on all issues so triable.

17. The Plaintiff, MARY ANN ROE, by and through her attorneys, Larry P. Smith & Associates, Ltd., hereby respectfully request that the trial of this matter proceed in Kansas City.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff, MARY ANN ROE, by and through her attorneys, respectfully prays for judgment as follows:

   a.   All actual compensatory damages suffered;

   b.   Statutory damages of $1,000.00;

   c.   Plaintiff's attorneys' fees and costs;

   d.   Any other relief deemed appropriate by this Honorable Court.

                                Respectfully submitted,
                                **MARY ANN ROE**


                    By:    s/ Sarah R. O'Loughlin
                              Attorney for Plaintiff

Dated: April 9, 2010

Sarah R. O'Loughlin (Atty. No.: 22928)
LARRY P. SMITH & ASSOCIATES, LTD.
5822 Marion Street
Shawnee, KS 66218
Telephone:  (888) 595-9111 (x819)
Facsimile:   (888) 418-1277
E-Mail:      soloughlin@smithlaw.us