# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MARY ANN ROE,**

      **Plaintiff,**

**v.**                                                  **Case No: 10-2195-JWL**

**REGENCY CREDIT, LLC.,**

      **Defendant.**

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice (doc. 7) filed by the parties, the court hereby ORDERS that this case is dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 23rd day of July, 2010, in Kansas City, Kansas.

                                                           s/ John W. Lungstrum
                                                            John W. Lungstrum
                                                             United States District Judge